`UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF FLORIDA

ALFRED DAVIS AND  MAURICE SYMONETTE

Plaintiff

CASE NO: **24-cr-20456-rar**

v.

25-Cr-80076-Amc

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, ET. AL



FILED BY_____D.C.

AUG 0 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Defendants,**

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND
## REVERT BY VACATING HIS ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff
Alfred Davis hereby files this Motion for Relief & Recusal and Supporting  Memorandum regarding  the
0/13/2023  review of  the record and Final Judgement Order, Exh.  119 based on the following facts,  new information,
just terms, judicial misconduct, fraudulent grounds  and  discovered conflict  of personal investment  interests  on
Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation
Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan
Fine Financial Interests & Property Disclosures).

*Federal rule 28 USC SS455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) Says A Judge may Vacate her orders for Conflict
of Interest Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be
questioned grounds to disqualify is party fears Judge is Biased. Judge can't have a conflict of Interest!*

**Attorney Hayden Patrick O'byrne** must Recuse himself for an open obvious Conflict of Interest because he's

doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking

(stealing) our property while acting as the Judge on the case on our property, not on case's Merits  for to make

him and them money Illegally. Here's proof: **In his 2023 Form 6 Affidavit Oath from Tallahassee called FULL**

**AND PUBLIC DISCLOSURE OF FINANCIAL** Says: **he got $10,000 Exh 1.** Doing business with bank of America which which is U.S. Bancorp, Exh.2. **And** U.S. Bancorp is U.S. Bank Exh. 3. Also on **his 2023 Form 6 Affidavit Oath** from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL** Which means U.S. Bank is Atty. Hayden P. O'byrne according to Form 6 signed by his Affidavit of Financial interest whole way of wealth making money and partners with him in almost all assets he owns other than his Judge's Salary is U.S. BANK. This is why he has ruled in favor of U.S. BANK to give a date to sale our house 10/16/2023, Exh. 4. WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cess Pool all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. 5. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. 6. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so he made the same Order so he could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.7. And then received a $2.4 million money asset from Wells Fargo/Wachovia. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.8. And then these wicked Lawyers Foreclose without notice to us and we went through a 10 year fight see the Docket for the 2010 case which had no notice, no Assignments, no Note and no Mortgage Correctly to U.S. Bank form Axiom Bank see Exh.9. Then Maurice Symonette did a Quite Title suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for Newspaper, Ads and Radio TV Commercials Exh.10. Telling on her and knowing that we have turned her over to the FBI and Attorney General Markenzy Lapointe do as judge Valerie Manno Schurr and Judge Vivianne Del Rio did because he has the same Conflict of Interest. So he must Recuse and

Vacate His Orders against us, Exh.11. Exhibit, 12.

# FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr Issued a final Judgment Order Exh. A and then Attorney General Markenzy Lapointe against Plaintiff and Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the 05/04/2022 of Attorney General Markenzy Lapointe review of the record and Final Judgement for Foreclosure Sale Date Order, Exh. 1. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # 2) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Anuraag Hari Singhal & Property Disclosures). This Motion for Relief by vacating order Judgment Florida Rule 2.i 60 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Samantha Ruiz Cohen was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case. Attorney General Markenzy Lapointe has creditor loan history and business with Plaintiff U.S. BANK MERS and JP Morgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and Final Judgment Order. Attorney General Markenzy Lapointe has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of

that proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because

people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, 15.
2. THOMAS WILLIAMS Exhibit, 16.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, 17

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V.__*
*__Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify__*
*__himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is__*
*__party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a Conflict of Interest!!!__*

# FACTUAL
# BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) He shall also disqualify Herself in the following circumstancess.*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small*

# CONCLUSION

2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

## General Information

Name:          Mr Hayden Patrick O'Byrne

**CONFIDENTIAL**

**PID   268872**

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Judicial Nominating Commission-11th Circuit | 11th Judicial Circuit | Member |

## Disclosure Period

THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2023.

## Primary Sources of Income

PRIMARY SOURCE OF INCOME (Over $2,500) (Major sources of income to the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Name of Source of Income | Source's Address | Description of the Source's Principal Business Activity |
|---|---|---|
| United States Department of Justice - USAO SDFLA | 99 NE 4th Street | Criminal Prosecution |

2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

## Secondary Sources of Income

SECONDARY SOURCES OF INCOME (Major customers, clients, and other sources of income to businesses owned by the reporting person) (If you have nothing to report, write "none" or "n/a")

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

## Real Property

REAL PROPERTY (Land, buildings owned by the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Location/Description |
|---|
| N/A |

## Intangible Personal Property

INTANGIBLE PERSONAL PROPERTY (Stocks, bonds, certificates of deposit, etc. over $10,000)
(If you have nothing to report, write "none" or "n/a")

| Type of Intangible | Business Entity to Which the Property Relates |
|---|---|
| Bank Accounts | UBS |
| Bank Accounts | U Credit Union |
| Thrift Savings Plan | United States Department of Justice |
| Retirement Accounts | Morgan Stanley |
| Retirement Acconts | Fidelity Investments |

2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

## Liabilities

LIABILITIES (Major debts valued over $10,000):
(If you have nothing to report, write "none" or "n/a")

| Name of Creditor | Address of Creditor |
|---|---|
| U.S. Bank | 800 Nicollet Mall Minneapolis, MN 55402 |
| Loan Depo | 80 M St SE, Washington, DC 20003 |

## Interests in Specified Businesses

INTERESTS IN SPECIFIED BUSINESSES (Ownership or positions in certain types of businesses)
(If you have nothing to report, write "none" or "n/a")

| Business Entity # 1 |
|---|
| N/A |

## Training

Based on the office or position you hold, the certification of training required under Section 112.3142, F.S., is not applicable to you for this form year.

REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct. Canon 3E(1). Fla. Rule 2.160 (A) (H). Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60. Plaintiff requires Relief from the June 25, 2010 Final judgment Order [Exhibit.J. based upon the stated facts. just terms. cited misconduct. Rule 60 grounds and newly discovered banking real estate fraud by court officers. Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause. grounds and reasons stat

**Sworn Oath**
**I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.**

**Respectfully Filed,**

**DOCTORATE MINISTER ARTICLE 3 SECTION CLAUSE 1**
**NEXT FRIEND, MAURICE SYMONETTE.**
**15020 S. RIVER DR**
**MIAMI FL. 33167**
**NEXT FRIEND**

**ALFRED LENORIS DAVIS**
**PRO SE PETITIONER**
**627 SOUTHRIDGE RD.**
**DELRAY BEACH, FL. 33444**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth. Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010. Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK. Clerks and Court officers in this action. Exhibit. O. GMAC Also does not own

**Exh.3**

6:44

**us bank**

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

---

**Investment products and services are:**

**Not a Deposit  •  Not FDIC Insured  •  May Lose Value  •  Not Bank Guaranteed  •  Not Insured by any Federal Government Agency**

---

**For U.S. Bank:**

🏠 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

**For U.S. Bancorp Investments:**

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

---

Back

Disclosure Information

**Exh.4**

| No. | Date | Document | Type | Comment |
|---|---|---|---|---|
| 406 | 10/26/2023 | Notice of Hearing | Event | NOVEMBER 27, 2023 @ 10:00 AM |
| 407 | 10/26/2023 | Objection to Sale | Event | |
| 408 | 10/26/2023 | Objection | Event | TO FORECLOSURE SALE ADDED TO CO-COUNSEL NASHID SABIR |
| 405 | 10/23/2023 | Receipt | Event | RECEIPT#:2590007 AMT PAID:$144.00 NAME:US BANK COMMENT:COPIES ALLOCATION CODE QUANTITY UNIT AMOUNT 3121-CERTIFIED $ $2.00 $18.00 3120--COPY 50 $1.00 $50.00 3120--COPY 50 $1.00 $50.00 3120--COPY 26 $1.00 $26.00 TENDER TYPE:MASTER CARD TENDER AMT:$144.00 RECEIPT DATE:10/23/2023 REGISTER#:256 CASHIER:GERALDP |
| 404 | 10/23/2023 | Objection to Sale | Event | DEFENDANT'S MOTION ETC.... |
| 403 | 10/19/2023 | Certificate of Sale | Event | |
| 402 | 10/17/2023 | Mortgage Collection Fee | Event | RESET FEES ( OCOBER 16, 2023) |
| 400 | 10/17/2023 | Mortgage Foreclosure Deposit | Event | 06/PL/76644/DOC STAMPS. |
| 399 | 10/17/2023 | Bid Amount | Event | 06/PL/76644 |
| 393 | 10/17/2023 | Receipt | Event | RECEIPT#:2100006 AMT PAID:$536.80 NAME:BROCK AND SCOTT, PLLC COMMENT:76644 ALLOCATION CODE QUANTITY UNIT AMOUNT 3210-DOC. STAMPS - DEED 1 $466.80 $466.80 3216-JUD ELECTRONIC SAL 1 $70.00 $70.00 TENDER TYPE:CHECK TENDER AMT:$70.00 RECEIPT DATE:10/17/2023 REGISTER#:210 CASHIER:DINGUIB |
| 398 | 10/16/2023 | Notice of Filing | Event | BANCKRUPTCY 23-18419-SMG |
| | 10/16/2023 | Mortgage Foreclosure Sale | Hearing | |
| 398 | 10/15/2023 | Notice of Bankruptcy | Event | 23-18419 SMG |
| 397 | 10/15/2023 | Notice | Event | NOTICE OF REMOVAL |
| 396 | 10/15/2023 | Notice of Filing | Event | JUDGE CARLOS LOPEZ'S ORDER |
| 395 | 10/15/2023 | Notice of Filing | Event | NOTICE OF REMOVAL |
| 394 | 10/15/2023 | Notice of Removal to Federal Court | Event | |
| 386 | 10/16/2023 | Receipt | Event | RECEIPT#:3080036 AMT PAID:$50.00 NAME:KELLEY, JUSTIN JAMES BROCK & SCOTT, PLLC 2001 NW 64TH ST., SUITE 130 FT. LAUDERDALE FL 33309 COMMENT: ALLOCATION CODE QUANTITY |

**Exh.5**

---

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF | 2008 |
| --- | --- | --- |
| | FINANCIAL INTERESTS | |

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY

PROCESSED

210380

Manno Schum  Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2008 or a more current date. Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.

My net worth as of December 31 ___ net was $ 2,800,357.00.

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| Home located in Miami Dade, FL to Lender | 7ce ca.00 |
| Home land in Miami Dade (loan) | 2,400,00 C |
| Vail Colorado Condominium / Park Plaza, Chicago | $ 300,000 00 |
| Bank Accounts, Stocks Euro, Racine Accounts | 100,00 00 |
| Mercedes Benz 38 ML | $ 25,000,00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| GMAC Mortgage (MTGR Loan) ... Ky - | 91 - 38 00 |
| GMAC Mortgage (Residence) ... Marcia, ca | 495,62 0 |
| Wells Fargo Home Mortgage, Dallas Tx | 100,00 2 |
| Huntington National Bank | 2,165 00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| | |
| | |
| | |

**Exh.6**

N THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE N:

April 1, 2010

U S Bank .N.A.
   Plaintiff(s)

Vs.

Leroy Williams
   Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

   This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008. (2) their was no record activity for the year preceding
Service of the foregoing notice: (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending
Accordingly.
   IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 3'th day of
March . 2010.

APR 06 20'    **APR 06 2010**

                   CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

# FORM 6    FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS    2009

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE
USE ONLY

Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI FL 33130

**PROCESSED**

ID Code

ID No    210380

Manno Schurr  Valerie R

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

My net worth as of _____ 20____ was $ _____

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None |  |
|  |  |

**Exh.8**

... THE CIRCUIT COURT OF THE
... DICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

CRIMINAL ... DIVISION

CASE NO. ...

... Saul ...
          Plaintiff,

... roy Williams
          Defendant

ORDER OF DISMISSAL ... WITH PREJUDICE

This cause was ... the defendants motion ... dismiss on ... of prosecu ...

... IT IS ORDERED ...

18020

*Exhibit 6* **Exh.9**

CFN 2008R0941616
OR Bk 26657 Pg 3525 (1pg)
RECORDED 11/20/2008 09:41:11
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY PAGES 20

FOR VALUE RECEIVED, on or before April 19, 2007, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC, ("Assignor") whose address is _____, assigned, transferred and conveyed to: U.S. BANK N.A., ("Assignee") whose address is 1100 Virginia Drive, Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated June 30, 2005 and recorded July 29, 2005 in Official Records Book 23623 at Page 3231 of the public records of MIAMI-DADE County, Florida, encumbering the following-described real property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

as the same may have been amended from time to time, together with the Note and indebtedness secured thereby.

MORTGAGOR(S): LEROY WILLIAMS

IN WITNESS WHEREOF, Assignor has executed and delivered this instrument on _____, 2008.

Witness
Typed Name: Peggy Hong

Witness
Typed Name: Laurie Kilroy

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC

By: _____
Typed Name: SHIRLEY EADS
Title: VICE PRESIDENT

Attest: _____
Typed Name: Jeffrey Stephan
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF Pennsylvania
COUNTY OF Montgomery

BEFORE ME, the undersigned, personally appeared SHIRLEY EADS and Jeffrey Stephan as Vice President and Assistant Secretary respectively, and known to me to be the persons who executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC this 21st day of October, 2008.

Notary Public: _____
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Tumer, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Nov. 8, 2011
Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:
Ralph McGrady
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F07012148-GMAC MORTGAGE, LLC- 7440453937

FILE_NUMBER: F07012148

DOC_ID: M001100

## *F07012148*

## *M001100*

**Exh.10 pg.1**

APRIL 28 - MAY 4, 2022 | VOLUME 37 | NUMBER 7

MIAMINEWTIMES.COM | BROWARDPALMBEACH.COM | FREE

MIAMI

*All 200+ books banned in Florida*
*and what Miami booksellers have to say about it.*

THE
BOOKS
THEY
BANNED

BY ALEX DeLUCA

**Exh.10 pg.2**



**Exh.10 pg.3**

*SEE PROOF OF DISCRIMINATING JUDGES CAUGHT!*
JUDGE RECUSES OFF CASE, ADMITS GETTING $995,000 FROM BANK TO FORECLOSE ILLEGALLY ON CRIPPLE BLACK MAN'S HOUSE AFTER DISCOVERY! WE'RE HELPLESS IN COURT WITH THESE EVIL CONFLICTS OF INTEREST!!!

JUDGE RECUSAL

GMAC GIVES $995,000

GMAC Mortgage

SEE PROOF AT SAYYESSS.COM – BY MICHAEL THE BLACK MAN 88.7FM 5PM

Filing # 195724074 E-Filed 04/08/2024 04:31:05 PM

**Exh.11**

**pg.3**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA11
JUDGE: Spencer Eig

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

## ORDER DENYING DEFENDANT'S OMNIBUS EMERGENCY MOTION TO VACATE OR SET ASIDE FORECLOSURE SALE, OBJECTION TO SALE, OR ALTERNATIVELY/OTHER EQUITABLE RELIEF

**DOCKET ENTRY #404**

THIS CAUSE came before the Court via Zoom hearing held on April 5, 2024 upon Defendant's Omnibus Emergency Motion to Vacate or Set Aside Foreclosure Sale, Objection to Sale, or Alternatively/Other Equitable Relief (D.E. #404), and the Court having heard argument from counsel, having reviewed the file, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that,

1. Defendant's Omnibus Emergency Motion to Vacate or Set Aside Foreclosure Sale, Objection to Sale, or Alternatively/Other Equitable Relief (D.E. #404) is hereby respectfully DENIED.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 8th day of April, 2024.

2010-061928-CA-01 04-08-2024 4:19 PM
Hon. Spencer Eig

**CIRCUIT COURT JUDGE**
Electronically Signed

Case No: 2010-061928-CA-01

Page 1 of 3