UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80076-CR-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                     **DO NOT DESTROY**

**ALFRED DAVIS,**
**CHER DAVIS,**
**LATOYA CLARK,**

     Defendants.

_____/

**RESPONSE TO JURY NOTE**

Ladies and Gentlemen:

    You are directed to continue deliberating until 7p.m. today. You shall not depart prior to that time. Continued deliberations, if applicable, to resume on Dec. 29, 2025.

_____
Judge Aileen M. Cannon

12/22/25  5:01 P.M.
_____
Date/Time