UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80076-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**ALFRED DAVIS**,

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL AS TO COUNTS FOUR THROUGH FOURTEEN AND SIXTEEN THROUGH TWENTY

**THE DEFENDANT, Alfred Davis,** having been tried by jury, was found not guilty as to Counts 4-14 and Counts 16-20 of the Indictment on December 22, 2025 [ECF No. 177].

Therefore, it is hereby **ORDERED AND ADJUDGED** that the Defendant is adjudged **NOT GUILTY** of Counts 4-14 and Counts 16-20, and is hereby acquitted of those counts only.

**ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of January 2026.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record