**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-cr-80076-AMC**

**UNITED STATES OF AMERICA,**

**vs.**

**ALFRED DAVIS,**
**CHER DAVIS,**
**GINO JOURDAN,**
**LATOYA CLARK, and**
**JAMES McGHOW,**

      **Defendants.**
_____/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARINGS AND TO**
**EXTEND DEADLINE TO RESPOND TO PSR OBJECTIONS**

This matter is before the Court on the United States of America's unopposed motion to continue the sentencing hearings and to extend the deadline to respond to PSR objections, and this Court, having reviewed the record and being otherwise informed as to its premises, it is,

**ORDERED**, that the mentioned motion is hereby **GRANTED**.  The sentencing hearings are hereby reset to _____.   On or before March 11, 2026, the government shall file its response to any PSR objections that were filed prior to the government's motion to continue.

**DONE and ORDERED**, this _____ day of _____ 2026 in Chambers at Fort Pierce, Florida.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record